DAYLE ELIESON
United States Attorney
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
andrew.duncan@usdoj.gov

Attorney for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LEANDRO LOPEZ-TURATIZ,<br><br>                    Defendant. | Case No.: 2:10-mj-00163-PAL<br><br>**ORDER FOR DISMISSAL** |

        Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the

Complaint filed on March 18, 2010.

        Dated this 30th day of January 2018.

                                        DAYLE ELIESON
                                        United States Attorney
                                                    /s/
                                        _____
                                        ANDREW W. DUNCAN
                                        Assistant United States Attorney

        Leave of Court is granted for the filing of the foregoing dismissal

        DATED this   31st   day of    January    , 2018.

                                        _____
                                        United States Magistrate Judge